

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-22-00887-CR

The **STATE** of Texas,
Appellant

v.

Pablo Jose **JAVIER MARQUEZ**,
Appellee

From the County Court, Kinney County, Texas
Trial Court No. 13939CR
Honorable Dennis Powell, Judge Presiding

BEFORE THE EN BANC COURT[1]

In accordance with this court's opinion of this date, we WITHDRAW our August 19, 2025 opinion and judgment in this case; REVERSE the trial court's order granting Pablo Jose Javier Marquez's request for habeas relief; RENDER judgment denying Javier Marquez's habeas application; and REINSTATE the information charging Javier Marquez with the misdemeanor offense of criminal trespass.

SIGNED October 10, 2025.

_____
Velia J. Meza, Justice

---

[1] Justice Lori Massey Brissette is not participating.